IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:19-CR-96-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES MURDOCK FLETCHER PEELE | **INDICTMENT** |

The Grand Jury charges that:

## COUNT ONE

On or about October 21, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, JAMES MURDOCK FLETCHER PEELE, did knowingly transport an individual having the initials H.G., who had not attained the age of 18 years, in interstate and foreign commerce, with the intent that H.G. engage in sexual activity for which any person can be charged with a criminal offense, specifically statutory rape of a child by an adult in violation of N.C.G.S. § 14-27.23, all in violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO

On or about October 21, 2018, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and in the Eastern District of North Carolina, the defendant, JAMES MURDOCK FLETCHER PEELE, did knowingly engage in a sexual act, to wit, contact between the penis and the vulva, with another person who had attained the age of 12 years

1

but had not attained the age of 16 years and was at least four years younger than the defendant, in violation of Title 18, United States Code, Section 2243(a).

## **FORFEITURE NOTICE**

Upon conviction of the offense set forth in Count One, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the said offense(s), or that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of the said offense(s).

Upon conviction of the offense set forth in Count Two, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the said offense(s); and any property, real or personal, used or intended to be used to commit or to promote the commission of the said offense(s) or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant –

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third party;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be divided without difficulty;

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

FOREPERSON

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Date: 3/5/19

ROBERT J. HIGDON, JR.
United States Attorney

*[signature]*

ERIN C. BLONDEL
Assistant United States Attorney