

**U. S. Department of Justice**

**Robert J. Higdon, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*    *Telephone (919) 856-4530*
*310 New Bern Avenue*    *Criminal FAX (919) 856-4487*
*Suite 800*    *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*    *www.usdoj.gov/usao/nce*

**DATE:**    March 5 2019

**TO:**    Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

**REPLY TO:**    Robert J. Higdon, Jr.
United States Attorney

**ATTN OF:**    Erin C. Blondel
Assistant United States Attorney

**SUBJECT:**    *United States v. James Murdock Fletcher Peele*
Crim. No.: _____ - Western Division

Please issue an arrest warrant for the above-named Defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc:    US Marshal Service
US Probation Office