IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO.: 5:19-CR-00096-FL |
| ) | |
| JAMES MURDOCK FLETCHER PEELE ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the above-captioned court for the issuance of a writ of habeas corpus (**X**) ad prosequendum () ad testificandum () in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of Detainee: **James Murdock Fletcher Peele, ID#1096393**

2. Detained by: **Craven County Jail**
   **100 Clarks Road, New Bern, NC  28562**
   **Telephone: (252) 636-6619 / Facsimile: (252) 633-1969**

3. Detainee is (**X**) charged in this district by (**X**) **Indictment** of violating **Title 18 U.S.C. §2423(a) and other violations** OR ( ) is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on **Tuesday march 19, 2019 at 12:00 p.m.** (**X**) **in the U.S. District Court, Greenville, NC,** OR () before the Federal Grand Jury in this district, for (**X**) initial appearance () detention hearing () arraignment/plea  () trial () sentencing () in re a motion pursuant to 28 U.S.C. § 2255 () the purpose of giving testimony in the captioned proceeding, or () other purpose(s).

Date: March 18, 2019                    */s/ Erin C. Blondel*
                                        ERIN C. BLONDEL, Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum          () Ad Testificandum          () In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: _____, 2019          _____
                                        United States Magistrate Judge