AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:19-CR-96-FL**

**JAMES MURDOCK FLETCHER PEELE**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest **JAMES MURDOCK FLETCHER PEELE** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 2423(a) - Transportation of a minor with intent to engage in criminal sexual activity

Count 2 - 18 U.S.C. § 2243(a): Sexual abuse of a minor

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*Nich Bullock*
Signature of Issuing Officer / Clerk

MARCH 6, 2019 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED 3/19/2019 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 3/19/2019 | SA Gregory Coats/FBI | |

FILED

MAR 19 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
_____ DEP CLK