UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
_ WESTERN    _ DIVISION
CASE NO. 5:19-CR-00096-FL

FILED IN OPEN COURT
ON 3-22-19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
SDF

UNITED STATES OF AMERICA )
)
)
)
VS. )
)
)
JAMES MURDOCK PEELE )

**WAIVER OF DETENTION HEARING**

I, <u>JAMES MURDOCK PEELE</u>, charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the complaint or indictment against me, any affidavit filed in connection with the complaint or indictment against me, and the right to be represented by counsel, all of which I fully understand and do waive my right to a detention hearing in this case.

Date: March 22, 2019.

_____
DEFENDANT

_____
DEFENSE COUNSEL - Thomas R. Wilson

_____
UNITED STATES MAGISTRATE JUDGE