# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# NO: 5:19-CR-96-FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>JAMES MURDOCK FLETCHER PEELE, )<br>**Defendant** )<br>_____ ) | **NOTICE PURSUANT TO**<br>**20-SO-7** |

COMES NOW the Defendant, James Murdock Fletcher Peele, by and through the undersigned counsel of record, and hereby notifies the Court that there exists no specific reasons that Defendant's arraignment cannot be further delayed without serious harm to the interest of justice. Additionally, Defendant asserts that this delay would serve the ends of justice and such allowance would also outweigh the best interest of the public and the Defendant in a speedy trial.

Respectfully submitted this the 20th day of April, 2020.

**GREENE, WILSON & CROW, P.A.**

/s/ Thomas R. Wilson
THOMAS R. WILSON
twilson@greenewilson.com
N.C. State Bar No.: 31876
P.O. Box 1676
New Bern, NC  28563
t: (252)634-9400
f: (252)634-3464
**CJA - APPOINTED**

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action electronically as indicated to counsel for said parties, this 20th day of April, 2020.

Erin Blondel, AUSA (via CM/ECF)
Jake Pugh, AUSA (via CM/ECF)

This the 20th day of April, 2020.

**GREENE ,WILSON & CROW, P.A.**

/s/ Thomas R. Wilson
THOMAS R. WILSON
twilson@greenewilson.com
N.C. State Bar No.: 31876
P.O. Box 1676
New Bern, NC  28563
t: (252)634-9400
f: (252)634-3464
**CJA - APPOINTED**